No 3:12-CV-602

**FILED**

JAN 1 5 2013

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Judge,

I (Tracy Brown) am unaware that someone has copywritten "Night of the Living Dead" Resurrection on to my family desktop computer by the internet service of EPB. I did not realize someone has downloaded it until I recieved a letter in mail on January 8, 2013 of a copyright infringement lawsuit that has been filed. I do realize that the internet service is in my name; but unaware that any of this has happened on to my family desktop. Thank you for bringing it to my attention.

Sincerely Yours,

Tracy Brown
01/14/2013

P.O. Box 182255
Chattanooga, Tennessee
37422-7255
www.epb.net

January 8, 2013

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Tracy M. Brown
3007 Noa Street
Chattanooga, TN 37406

Re:     Disclosure of Information pursuant to Subpoena

Dear Ms. Brown:

A copyright infringement lawsuit has been filed in the United States District Court for the Eastern District of Tennessee alleging unlawful access to copyrighted material by many unknown defendants.  The case is styled <u>Dimentional Dead Productions, LLC v. Does 1-43</u>, United States District Court, Eastern District of Tennessee, Case No. 3:12-CV-602.

EPB was identified as an Internet Service Provider for the unknown defendants and on December 26, 2012, EPB received a subpoena ordering EPB to produce the name, address and phone number associated with IP addresses.  Your name was identified by your IP Address as being one of the unknown defendants.

A copy of the court order and subpoena is enclosed for your records.  If you wish to contest the subpoena and prevent EPB from releasing your identifying information to the Plaintiff's attorney, you must file a document with the Court within thirty (30) days from the date of this letter.  If you do not take appropriate steps to contest the subpoena within thirty (30) days, EPB will release the indentifying information as ordered.

EPB protects our customers' information very tightly, but when there is a court order EPB has no choice but to comply by releasing customer information as ordered.

We are sorry for any inconvenience or worry this issue may cause you.  While EPB cannot provide legal advice, it is suggested that you consider contacting an attorney for assistance as soon as possible.

Sincerely,

Robbie D. Presley, Paralegal II
EPB, Legal Services Division

:rdp
Enclosures