IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DIMENTIONAL DEAD PRODUCTIONS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1-43 )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:12-cv-602 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby files this Notice of Voluntary Dismissal without prejudice to refile.

**DATED**: January 13, 2014

> Respectfully submitted,
> LAW OFFICE OF VAN R. IRION
> By: /s/Van R. Irion
> Van R. Irion
> 800Gay St., Suite 700
> Knoxville, TN 37929
> (865) 809-1505 (telephone)
> van@irionlaw.com (email)
> Attorney for the Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014, I electronically filed the foregoing document via the Court's ECF, electronic email system.    /s/Van R. Irion